January 5, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

GEORGE M. BISHOP, AS SUBSTITUTE TRUSTEE, AND F.E.T.C. CORP.,
Appellants

NO. 14-11-00219-CV                    V.

MARY BETH CLAWSON AND JOHN RIDDLE, Appellees

_____

This cause, an appeal from the order setting aside foreclosure and reinstating temporary injunction in favor of appellees, MARY BETH CLAWSON AND JOHN RIDDLE, signed February 18, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order reinstating the temporary injunction. We therefore order the trial court's order reinstating the temporary injunction **AFFIRMED.** The record further shows that the trial court's order setting aside foreclosure is not an appealable order. We therefore order the appeal from the trial court's order setting aside foreclosure **DISMISSED**.

We order appellants, GEORGE M. BISHOP, AS SUBSTITUTE TRUSTEE, AND F.E.T.C. CORP., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.